**United States District Court**
For the Northern District of California

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Richard Quilopras, | NO. C 02-02927 JW |
| Plaintiff(s), | **ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE** |
| v. | |
| Don Horsley, et al., | |
| Defendant(s). | |

Petitioner's request for extension of time to file traverse is GRANTED. Petitioner's traverse shall be filed no later than September 2, 2005. As to counsel's improper notice of appearance of counsel, the Court hereby directs Petitioner's counsel to submit a separate application for admission for membership of the bar of this Court consistent with Civil L.R. 11-1 or Civil L.R. 11-3.

Dated: July 2, 2005         /s/ James Ware
02cv2927exten              JAMES WARE
                           United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alison Minet Adams aadams@thebestdefense.com
Christopher William Grove christopher.grove@doj.ca.gov
Morris Beatus morris.beatus@doj.ca.gov

**Dated: July 2, 2005**          **Richard W. Wieking, Clerk**

                                  **By:/jwchambers/**
                                  **Ronald L. Davis**
                                  **Courtroom Deputy**