IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Richard Quilopras, | NO. C 02-02927 JW |
| Petitioner, | **JUDGMENT** |
| v. | |
| Don Horsley, et al., | |
| Respondents. | |

Pursuant to the Court's September 30, 2009 Order Denying Petition for Writ of Habeas Corpus, judgment is entered in favor of Respondents Sheriff Don Horsley, William Summers, and Warden James Yates, against Petitioner Richard Quilopras.

Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated: September 30, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alison Minet Adams shark@rain.org
Christopher William Grove christopher.grove@doj.ca.gov
Gerald August Engler Gerald.Engler@doj.ca.gov
Morris Beatus morris.beatus@doj.ca.gov

**Dated: September 30, 2009**                               **Richard W. Wieking, Clerk**

**By:     /s/ JW Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**