United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Richard Quilopras, | NO. C 02-02927 JW |
|         Petitioner,<br>v. | **ORDER DENYING CERTIFICATE OF APPEALABILITY** |
| Don Horsley, et al., | |
|         Respondents. _____/ | |

On September 30, 2009, the Court denied Petitioner's Writ of Habeas Corpus and entered judgment accordingly. (Docket Item Nos. 62, 63.) On October 30, 2009, Petitioner filed a Notice of Appeal. (Docket Item No. 64.) In his Notice, Petitioner asks the Court to issue a certificate of appealability. (Id.)

Upon the filing of a notice of appeal and a request for a certificate of appealability ("COA"), the district court shall indicate which specific issue or issues satisfy the standard for issuing a certificate, or state its reasons why a certificate should not be granted. 28 U.S.C. § 2253(c)(3)). If no express request is made for a COA, the notice of appeal shall be deemed to constitute a request for a certificate. See id. A judge shall grant a COA "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate must indicate which issues satisfy this standard, see id. § 2253(c)(3), and the court of appeals is limited to considering only those claims. See Hiivala v. Wood, 195 F.3d 1098, 1103 (9th Cir. 1999); Fuller v. Roe, 182 F.3d 699, 702-03 (9th Cir. 1999). "Where a district court has rejected the constitutional

1  claims on the merits, the showing required to satisfy § 2253(c) is straightforward: the petitioner must
2  demonstrate that reasonable jurists would find the district court's assessment of the constitutional
3  claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000).
4       Applying the standards above, the Court finds that Petitioner has failed to make the requisite
5  showing of the denial of a constitutional right and that reasonable jurists would find the Court's
6  assessment debatable or wrong. Accordingly, the Court declines to issue a certificate of
7  appealability.

9  Dated: November 20, 2009                    _____
10                                               JAMES WARE
                                              United States District Judge

**United States District Court**
For the Northern District of California

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alison Minet Adams shark@rain.org
Christopher William Grove christopher.grove@doj.ca.gov
Gerald August Engler Gerald.Engler@doj.ca.gov
Morris Beatus morris.beatus@doj.ca.gov

**Dated: November 20, 2009**                              **Richard W. Wieking, Clerk**

                                               **By:    /s/ JW Chambers**
                                                         **Elizabeth Garcia**
                                                         **Courtroom Deputy**